## RATCLIFF v. THE STATE.

[No. 3,072. Filed October 11, 1899.]

CRIMINAL LAW.—*Affidavit.*—*Evidence.*—*Variance.*—*Assault and Battery.*—A variance in the affidavit and evidence in a prosecution for an assault and battery as to the initial letter of the middle name of the person on whom the offense was committed is not fatal.

From the Fountain Circuit Court. *Affirmed.*

*C. M. McCabe* and *A. H. Lindley*, for appellant.

*W. L. Taylor*, Attorney-General, and *Merrill Moores* for State.

Beckett v. Little, Adm.

BLACK, J.—On appeal from a justice of the peace, the appellant was convicted upon a charge of assault and battery. In the affidavit upon which the prosecution was based, the offense was alleged as having been committed upon the person of William T. Parker, while the evidence showed his name to be William P. Parker. The claim advanced by counsel for the appellant that this was a fatal variance cannot be sustained. The contrary view is abundantly established. *Foltz* v. *State*, 33 Ind. 215; *Choen* v. *State*, 52 Ind. 347, 21 Am. Rep. 179; *Gordon* v. *State*, 59 Ind. 75; *Miller* v. *State*, 69 Ind. 284; *O'Connor* v. *State*, 97 Ind. 104; *Mergentheim* v. *State*, 107 Ind. 567; *Ross* v. *State*, 116 Ind. 495.

The judgment is affirmed.